UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARDS, ) | Case No.: 1:11-cv-01663 - LJO - JLT |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPENING BRIEF |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | (Doc. 12) |
| Defendant. ) | |

Counsel for Plaintiff Jason Edwards seeks an extension of time to file an opening brief in this action against the Commissioner of Social Security for judicial review of the administrative decision denying Social Security benefits. (Doc. 12).

Pursuant to the Scheduling Order, Plaintiff had thirty days after the filing of the Administrative Records to serve a confidential letter brief on Defendant. (Doc. 7 at 2). Because the Administrative Record was filed on February 16, 2012 (Doc. 11), Plaintiff's confidential letter brief was to be served no later than March 19, 2012. Within thirty-five days of service of the confidential letter brief, or by April 23, 2012, Defendant was required to serve a response. (*See* Doc. 7 at 2). When parties do not agree to a remand, an opening brief must be filed with the Court within thirty days of service of the defendant's response. *Id.* Therefore, Plaintiff's opening brief was due by May 23, 2012.

In the Scheduling Order, the parties were notified any requests to modify the Scheduling Order must be made by written motion and would only be granted for good cause. (Doc. 7 at 4). Further,

1

the parties were warned that violations of the order may result in sanctions pursuant to Local Rule 110. *Id.* Nevertheless, Plaintiff did not seek modification of the briefing schedule until after the deadline for filing his opening brief expired.

Plaintiff's counsel, Ms. Bosavanh reports there were problems with the computer system in her office for several months, and as a result, Ms. Bosavanh did not receive the defendant's response to the confidential letter brief on the date it was served. (Doc. 12 at 2). According to Ms. Bosavanh, she received the response on May 29, 2012. *Id.* Thus, Plaintiff seeks an extension of twenty days, until June 12, 2012, to submit an opening brief.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff SHALL file an opening brief on or before June 12, 2012.

IT IS SO ORDERED.

Dated: **June 4, 2012**             /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE