IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARDS,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendants. | 1:11-cv-01663-LJO-JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 21) |

On January 8, 2013, Plaintiff Jason Edwards and Defendant Commissioner of Social Security stipulated for the award and payment of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 21).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $5,392.60 is **AWARDED** to Plaintiff, Jason Edwards.

IT IS SO ORDERED.

**Dated:   January 9, 2013**          /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1