UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARDS,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:11-cv-01663 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING COUNSEL'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Docs. 23, 28) |

Sengthiene Bosavanh ("Counsel"), attorney for Plaintiff Jason Edwards, seeks an award of attorney fees pursuant to 42 U.S.C. § 406(b). (Doc. 23.) On February 24, 2014, the Magistrate Judge found the fees requested are reasonable and not in excess of the twenty-five percent maximum permitted under 42 U.S.C. §406(b). (Doc. 28 at 3.) In addition, the Magistrate Judge determined there was no indication that Counsel performed in a substandard manner or engaged in dilatory conduct. (Id.) Accordingly, the Magistrate Judge recommended Counsel's request for fees be granted. (Id.)

The parties were granted fourteen days from the date of service, or until March 10, 2014, to file objections to the Findings and Recommendations. (Doc. 28 at 3.) In addition, the parties "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id. at 4, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). However, no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the

action.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated February 24, 2014 (Doc. 28) are **ADOPTED IN FULL**;
2. Counsel's motion for attorney fees pursuant to 24 U.S.C. §406(b) is **GRANTED**;
3. The Commissioner is **DIRECTED** to pay the funds available totaling $5,210.78 directly to Counsel; and
4. Counsel **SHALL** refund the amount of $2,752.53 to Plaintiff Jason Edwards.

IT IS SO ORDERED.

Dated:  **March 17, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2